UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| CHARLES A. HILL, SR. | ) CV 10-05964-GW (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN MARSHALL, Warden, | ) |
| | ) |
| Respondent. | ) |

    Pursuant to the Order of the Court adopting the final conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: August 4, 2011

*George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1